IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RYAN COLLINS,**

      **Plaintiff,**

vs.                                                   Civ. No. 22-949 WJ/KRS

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration,**

      **Defendant**.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER comes before the Court *sua sponte*, following a review of the record. IT IS HEREBY ORDERED that:

On or before **March 17, 2023**,[1] Plaintiff shall file and serve a Motion to Reverse or Remand Agency Decision with Supporting Memorandum;

On or before **April 17, 2023**, Defendant shall file and serve a Response; and

On or before **May 1, 2023**, Plaintiff may file and serve a Reply.

IT IS FURTHER ORDERED that all motions, responses, replies, and supporting memoranda shall specifically cite to the administrative record for assertions of fact (*e.g.*, AR 15) and that legal propositions shall be supported by appropriate authority.

IT IS FURTHER ORDERED that all requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

                                                            KEVIN R. SWEAZEA
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Effective December 1, 2022, the Federal Rules of Civil Procedure were amended to add Supplemental Rules for Social Security cases filed under 42 U.S.C § 405(g).  These Supplemental Rules establish, inter alia, thirty-day deadlines for motions to remand and the corresponding responses.