IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RYAN COLLINS,

    Plaintiff,

v.                                                             CIV 1:22-0949 WJ/DLM

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on United States Magistrate Judge Damian L. Martínez's Proposed Findings and Recommended Disposition (PFRD) filed October 31, 2023. (Doc. 31.) Judge Martínez recommends granting in part Plaintiff Ryan Collins's Motion to Remand and remanding the matter for further proceedings. (*See id.*) The PFRD notified the parties of their ability to file objections no later than 14 days after the PFRD was filed. (*Id.* at 12–13.) As no party filed objections within the time allowed, the Court concludes that appellate review of both factual and legal questions has been waived. *See United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the PFRD (Doc. 31) is adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Opposed Motion to Reverse or Remand (Doc. 20) is **GRANTED.**

                                                      WILLIAM P. JOHNSON
                                                    CHIEF UNITED STATES DISTRICT JUDGE